UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| MALCOLM BEAMON, | ) | No. ED CV 06-443-RSWL (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| L.E. SCRIBNER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 17, 2009

RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE